### Quitclaim Assignment

WHEREAS, **WMC Mortgage Corp.,** is identified as the "Lender" on a certain mortgage executed by Rodney W. Spaulding, and bearing the date of the September 8, 2006, securing the property located at 106 Parker Street, Bangor, in the County of Penobscot and State of Maine and recorded in the Penobscot County Registry of Deeds on **09/13/2006** in **Book 10622, Page 317** (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns;

WHEREAS, Lender wishes to convey and assign any and all present rights it may have, if any, under the Mortgage to U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4 ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee; with the exception of any rights in the Note secured by the Mortgage it previously assigned.

Dated: March 27, 2018

WMC Mortgage, LLC, the successor in interest to WMC Mortgage Corp.

Witness: Shervin Perera

its: Senior Vice President, Production Operations
Print name: Robert Rothleder

Please see attached California all-purpose acknowledgment

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __LOS ANGELES__ )

On __March 27, 2018__ before me, __Margaret Ann Sage, a Notary Public__,  
    Date                                       Here Insert Name and Title of the Officer

personally appeared __Robert Rothleder__  
                              Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Margaret Anne Sage__  
               Signature of Notary Public

[Notary Seal: MARGARET ANN SAGE, Commission # 2097130, Notary Public - California, Los Angeles County, My Comm. Expires Feb 11, 2019]

Place Notary Seal Above

---------- **OPTIONAL** ----------

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*  __Rodney W. Spaulding  MERS__

**Description of Attached Document**  
Title or Type of Document: __Quitclaim Assignment__  Document Date: __March 27, 2018__  
Number of Pages: __2 (including this page)__  Signer(s) Other Than Named Above: __—__

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)  Item #5907

Susan F. Bulay, Register  
Penobscot County, Maine