## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC4 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC4 | ) ) ) ) ) | |
| PLAINTIFF | ) ) | CIVIL ACTION NO: |
| v. | ) ) ) | 1:19-cv-00460-JAW |
| BENJAMIN CAMPO, ESQ., SPECIAL ADMINISTRATOR OF THE ESTATE OF RODNEY W. SPAULDING, | ) ) ) | |
| DEFENDANT | ) ) ) | |

**106 Parker Street, Bangor, Maine**
**Mortgage recorded in Penobscot County Registry of Deeds in Book 10622 Page 317**

### ANSWER TO COMPLAINT FOR FORECLOSURE

NOW COMES Defendant Benjamin Campo, Esq., as Special Administrator of the Estate of Rodney W. Spaulding, by and through its attorneys, Douglas McDaniel & Campo LLC, and hereby submit the following answer to the Plaintiff's Complaint for Foreclosure as follows:

### JURISDICTION AND VENUE

1.      Special Administrator Defendant admits the allegations contained in Paragraph 1 of the Plaintiff's Complaint.

2.      Special Administrator Defendant admits the allegations contained in Paragraph 2 of the Plaintiff's Complaint.

3.      Special Administrator Defendant admits the allegations contained in Paragraph 3 of the Plaintiff's Complaint.

## PARTIES

4.    Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 4 of Plaintiff's Complaint, and hereby denies the same.

5.    Special Administrator Defendant admits the allegations contained in Paragraph 5 of the Plaintiff's Complaint.

## FACTS

6.    The Document speaks for itself in so far as a response is required, Special Administrator Defendant hereby denies the allegations set forth in Paragraph 6 of Plaintiff's Complaint.

7.    The Document speaks for itself in so far as a response is required, Special Administrator Defendant hereby denies the allegations set forth in Paragraph 7 of Plaintiff's Complaint.

8.    The Document speaks for itself in so far as a response is required, Special Administrator Defendant hereby denies the allegations set forth in Paragraph 8 of Plaintiff's Complaint.

9.    The Document speaks for itself in so far as a response is required, Special Administrator Defendant hereby denies the allegations set forth in Paragraph 9 of Plaintiff's Complaint.

10.    Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 10 of Plaintiff's Complaint, and hereby denies the same.

11.    The Document speaks for itself in so far as a response is required, Special Administrator Defendant hereby denies the allegations set forth in Paragraph 11 of Plaintiff's Complaint.

12.    The Document speaks for itself in so far as a response is required, Special Administrator Defendant hereby denies the allegations set forth in Paragraph 12 of Plaintiff's Complaint.

13.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 13 of Plaintiff's Complaint, and hereby denies the same.

14.     Special Administrator Defendant admits the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15.     Special Administrator Defendant admits the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.     The Document speaks for itself in so far as a response is required, Special Administrator Defendant hereby denies the allegations set forth in Paragraph 16 of Plaintiff's Complaint.

17.     The Document speaks for itself in so far as a response is required, Special Administrator Defendant hereby denies the allegations set forth in Paragraph 17 of Plaintiff's Complaint.

18.     Special Administrator Defendant denies the allegations contained in Paragraph 18 of the Plaintiff's Complaint.

19.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 19 of Plaintiff's Complaint, and hereby denies the same.

20.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 20 of Plaintiff's Complaint, and hereby denies the same.

21.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 21 of Plaintiff's Complaint, and hereby denies the same.

22.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 22 of Plaintiff's Complaint, and hereby denies the same.

23.     Special Administrator Defendant admits the allegations contained in Paragraph 23 of the Plaintiff's Complaint.

## COUNT I – FORECLOSURE

24. Special Administrator Defendant repeats and realleges paragraphs 1-23 with the same full force and effect as though fully stated herein.

25. The Document speaks for itself in so far as a response is required, Special Administrator Defendant hereby denies the allegations set forth in Paragraph 25 of Plaintiff's Complaint.

26. Paragraph 26 is a legal conclusion, in so much as an answer is required, Special Administrator Defendant denies the allegations contained in paragraph 26 of the Plaintiff's Complaint.

27. Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 27 of Plaintiff's Complaint, and hereby denies the same.

28. Special Administrator Defendant denies the allegations contained in Paragraph 31 of Plaintiff's Complaint.

29. Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 29 of Plaintiff's Complaint, and hereby denies the same.

30. Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 30 of Plaintiff's Complaint, and hereby denies the same.

31. Paragraph 31 is a legal conclusion, in so much as an answer is required, Special Administrator Defendant denies the allegations contained in paragraph 31 of the Plaintiff's Complaint.

32. The Document speaks for itself in so far as a response is required, Special Administrator Defendant hereby denies the allegations set forth in Paragraph 32 of Plaintiff's Complaint

## COUNT II – EQUITABLE MORTGAGE

33. Special Administrator Defendant repeats and realleges paragraphs 1-32 with the same full force and effect as though fully stated herein.

34.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 34 of Plaintiff's Complaint, and hereby denies the same.

35.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 35 of Plaintiff's Complaint, and hereby denies the same.

36.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 36 of Plaintiff's Complaint, and hereby denies the same.

37.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 37 of Plaintiff's Complaint, and hereby denies the same.

38.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 38 of Plaintiff's Complaint, and hereby denies the same.

39.     Paragraph 39 is a legal conclusion, in so much as an answer is required, Special Administrator Defendant denies the allegations contained in paragraph 39 of the Plaintiff's Complaint.

40.     Paragraph 40 is a legal conclusion, in so much as an answer is required, Special Administrator Defendant denies the allegations contained in paragraph 40 of the Plaintiff's Complaint.

41.     Paragraph 41 is a legal conclusion, in so much as an answer is required, Special Administrator Defendant denies the allegations contained in paragraph 41 of the Plaintiff's Complaint.

42.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 42 of Plaintiff's Complaint, and hereby denies the same.

43.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 43 of Plaintiff's Complaint, and hereby denies the same.

44.     Paragraph 44 is a legal conclusion, in so much as an answer is required, Special Administrator Defendant denies the allegations contained in paragraph 44 of the Plaintiff's Complaint.

45.     Paragraph 45 is a legal conclusion, in so much as an answer is required, Special Administrator Defendant denies the allegations contained in paragraph 45 of the Plaintiff's Complaint.

46.     Paragraph 46 is a legal conclusion, in so much as an answer is required, Special Administrator Defendant denies the allegations contained in paragraph 46 of the Plaintiff's Complaint.

47.     Paragraph 47 is a legal conclusion, in so much as an answer is required, Special Administrator Defendant denies the allegations contained in paragraph 47 of the Plaintiff's Complaint.

48.     Special Administrator Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 48 of Plaintiff's Complaint, and hereby denies the same.

49.     Special Administrator Defendant admits the allegations contained in Paragraph 49 of the Plaintiff's Complaint.

50.     Paragraph 50 is a legal conclusion, in so much as an answer is required, Special Administrator Defendant denies the allegations contained in paragraph 50 of the Plaintiff's Complaint.


WHEREFORE, the Special Administrator Special Administrator Defendant prays that this Honorable Court respectfully dismiss this action and grant any such relief that he Court may deem necessary and proper under the circumstances.

## AFFIRMATIVE DEFENSES

a) Plaintiff's Complaint is barred for failure to state a claim upon which relief may be granted.

b) Plaintiff's Complaint is barred by the doctrine of statute of limitations.

c) Plaintiff's Complaint is barred by the doctrine of unclean hands.

Respectfully submitted,

Dated:  March 2, 2020

/s/ Benjamin P. Campo, Esq., Maine Bar No. 9334
*Attorney for Defendant Special Administrator*
*for the Estate of Rodney W. Spaulding*
bcampo@douglasmcdaniel.com

DOUGLAS MCDANIEL & CAMPO LLC PA
90 Bridge Street, Suite 100
Westbrook, ME  04092
(207) 591-5747