UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| U.S. BANK N.A., AS TRUSTEE ON BEHALF OF THE HOLDERS, OF THE J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WMC4 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-WMC4,<br><br>      Plaintiff,<br><br>      v.<br><br>BENJAMIN P. CAMPO, JR., ESQUIRE, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF RODNEY W. SPAULDING<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:19-cv-00460-JAW |

**ORDER ON PLAINTIFF'S MOTION FOR JUDGMENT**

On October 10, 2019, U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4 (U.S. Bank) filed a foreclosure complaint against Benjamin P. Campo, Jr., Esquire, as special administrator of the estate of Rodney W. Spaulding. *Compl.* (ECF No. 1). On January 8, 2020, U.S. Bank filed an acceptance of service signed by Mr. Campo. *Acceptance of Service as to Benjamin P. Campo, Jr.* (ECF No. 5). On March 2, 2020, Mr. Campo filed an answer to the Complaint, *Answer to Compl. for Foreclosure* (ECF No. 7), and on March 4, 2020 the Magistrate Judge entered a scheduling order with an incorporated Rule 26(f) order. *Scheduling Order with Incorporated Rule 26(f) Order* (ECF No. 9).

On September 14, 2020, U.S. Bank filed a motion for judgment, notifying the Court that U.S. Bank and Mr. Campo had entered into a consent judgment, and attached the proposed consent judgment, signed by both parties. *Mot. for J.* (ECF No. 10); *id.*, Attach. 1, *Consent J. of Foreclosure and Sale* (*Proposed Consent J.*).

The Court reviewed U.S. Bank's motion and attached consent judgment and has a concern it expects the parties to address. The Proposed Consent Judgment purports to enter judgment on Count I – Foreclosure, and dismiss without prejudice Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment. *Proposed Consent J.* at 1. The Complaint, however, only includes two counts: Count I – Foreclosure and Count II – Equitable Mortgage. *Compl.* at 6, 8. The Court ORDERS the parties to resolve this discrepancy and correct the proposed consent judgment within one week from today.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 1st day of October, 2020