UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4<br><br>       Plaintiff<br><br>v.<br><br>Benjamin P. Campo, Jr., Esquire, as Special Administrator of the Estate of Rodney W. Spaulding<br><br>       Defendant | 1:19-cv-00460-JAW |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

Address: 106 Parker Street, Bangor, ME 04401
Mortgage: September 8, 2006, Book: 10622, Page:317
Property is vacant

Now comes the Plaintiff, U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4, and the Defendant, Benjamin P. Campo, Jr., Esquire, as Special Administrator of the Estate of Rodney W. Spaulding, and hereby submit this Consent Judgment of Foreclosure and Sale.

Count II – Equitable Mortgage is hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or his/her heirs or assigns pay U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4 ("U.S. Bank") the amount

adjudged due and owing ($200,002.23) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing as of June 15, 2020:

| Description | Amount |
|---|---|
| Unpaid Principal Balance | $87,613.00 |
| Accrued Interest | $52,484.09 |
| Escrow Advance Balance | $25,270.67 |
| Total Advance Balance | $34,398.99 |
| Late Charges | $235.48 |
| Grand Total | $200,002.23 |

2. If the Defendant or his/her heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($200,002.23) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his/her remaining rights to possession of the Bangor Property shall terminate, U.S. Bank shall conduct a public sale of the Bangor Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $200,002.23 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $200,002.23.

5. U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4 has first priority, in the amount of $200,002.23, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

6. The prejudgment interest rate is 7.85000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank N.A., as trustee, on behalf of the holders, of the J.P. Morgan Mortgage Acquisition Trust 2006-WMC4 Asset Backed Pass-Through Certificates, Series 2006-WMC4<br>700 Kansas Lane, MC 8000<br>Monroe, LA 71203 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Benjamin P. Campo, Jr., Esquire, as Special Administrator of the Estate of Rodney W. Spaulding<br>90 Bridge Street, Suite 100<br>Westbrook, ME 04092 | Pro Se |

a) The docket number of this case is No. 1:19-cv-00460-JAW.

b) The Defendant, the only parties to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the

Federal Rules of Civil Procedure.

c) A description of the real estate involved, 106 Parker Street, Bangor, ME 04401, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 106 Parker Street, Bangor, ME 04401. The Mortgage was executed by the Defendant on September 8, 2006. The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 10622, Page 317.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 106 Parker Street, Bangor, ME 04401.

Dated: October 7, 2020 /s/John A. Doonan, Esq._____
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Dated: October 6, 2020 /s/Benjamin P. Campo, Jr., Esq.
Benjamin P. Campo, Jr., Esquire, as Special
Administrator of the Estate of Rodney W.
Spaulding
90 Bridge Street, Suite 100,
Westbrook, ME 04092

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of October, 2020